# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Sharon Baker<br>　　Plaintiff,<br><br>v.<br><br>American Coradius International, LLC<br>　　Defendant. | CASE NO.: 07c 2640<br><br>JUDGE: Conlon<br><br><br>**NOTICE OF DISMISSAL** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: ___/s/ Jeffrey S. Hyslip___
　　Jeffrey S. Hyslip
　　Attorney for Plaintiff
　　Legal Helpers, P.C.
　　20 West Kinzie; Suite 1300
　　Chicago, IL 60611
　　Telephone: 1.866.339.1156
　　Jsh@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

American Coradius International, LLC
c/o CT Corp. Systems, Registered Agent
208 So. LaSalle Street Suite 814
Chicago, IL 60604

/s/ Jeffrey Hyslip